UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. EDCV 25-3455 CAS (PVC) Date: October 2, 2026

Title **E.I.H.L. v. Warden of Adelanto Detention Facility, et al.**

Present: The Honorable: Pedro V. Castillo, United States Magistrate Judge

| M. Ramirez | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
| None present | None present |

**PROCEEDINGS: [IN CHAMBERS] ORDER TO SHOW RE FAILURE TO ANSWER PETITION AND SHOW CAUSE WHY THE WRIT OF HABEAS CORPUS SHOULD NOT BE GRANTED**

Petitioner, a 17-year-old high school student initiated this Petition for a Writ of Habeas corpus on behalf of his mother---a Nicaraguan citizen who is being held in immigration detention at the Adelanto ICE Detention Center. (Dkt. No. 1). On August 3, 2026, the Court granted Petitioner leave to file a Second Amended Petition ("SAP"). (Dkt. No. 20). The Order provided that the "briefing schedule for SAP shall be in accordance with General Order 26-05 adopted by the Central District for habeas proceedings, beginning from the date on which the SAP is filed in accordance with the foregoing." (*Id.* at 1–2). Petitioner filed the SAP on August 10, 2026.[1] Therefore, under the briefing schedule of General Order 26-05, counsel for Respondents were required to file an Answer to the SAP no later than August 17, 2026. (*See* C.D. Cal. General Order 26-05 at 3, found at https://www.cacd.uscourts.gov/court-procedures/general-orders).

[1] The Second Amended Petition was filed through counsel, representing Petitioner Jhadith Suzette Lopez Solis, the mother. (*See* Dkt. No. 21).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. EDCV 25-3455 CAS (PVC) Date: October 2, 2026

Title **E.I.H.L. v. Warden of Adelanto Detention Facility, et al.**

To date, Respondents have not filed the required Answer.

Respondents are hereby ORDERED TO SHOW CAUSE in writing, no later than **5:00 p.m. on October 7, 2026**, why they have failed to comply with the Court's order requiring them to file an Answer and show cause why the Court should not issue a Report and Recommendation recommending that the habeas petition be granted. Respondents may do so by either filing the Answer – in which they address ALL claims and bases alleged in the SAP – or by filing a sworn Declaration showing good cause for their failure to comply with the Court's August 3, 2026 Order and a commitment to a date by which they will file the required document.

FAILURE TO RESPOND TO THIS ORDER MAY BE TREATED AS A CONCESSION THAT PETITIONER IS ENTITLED TO THE RELIEF SOUGHT, OR AT LEAST THAT THE FACTUAL ALLEGATIONS IN THE PETITION ARE TRUE.

If Respondents timely file an Answer to the SAP, Petitioner may file a Reply thereto within three days of service of that Answer, after which the case will be taken under submission for decision without oral argument, unless otherwise ordered by the Court.

cc: Daniel.Beck@usdoj.gov

:

**Initials of Preparer** mr