O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

E.I.H.L.,

Petitioner,

v.

WARDEN OF ADELANTO DETENTION FACILITY, et al.,

Respondents.

Case No. EDCV 25-3455 CAS (PVC)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

On October 9, 2026, Magistrate Judge Pedro V. Castillo issued a Report and Recommendation ("R&R"), calling for respondents Markwayne Mullin, Todd Blanche, Jennifer B. Higgins, David Venturella, and the Warden of Adelanto Detention Facility (collectively, the "Respondents") to (1) file any objection within fourteen (14) days of the issuance of the R&R and (2) provide a bond hearing for Jhadith Suzette Lopez Solis (the "Petitioner") within fourteen (14) days of the issuance of the R&R, "or [respondents] could be subject to an order from the District Judge compelling Petitioner's immediate release." Dkt. 28; id. at 4. Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Objections to the R&R.

On October 9, 2026, petitioner filed an objection to the R&R, arguing that respondents' answer to petitioner's Second Amended Petition ("SAP") failed to address all of petitioner's arguments in favor of granting the SAP and ordering petitioner's immediate release. Dkt. 29. Petitioner argues that respondents' failure to address the merits of petitioner's claims amounts to a concession of those claims and therefore entitles petitioner to immediate release. Id. at 2-4.

It appears that respondent has failed to provide an individualized bond hearing pursuant to 8 U.S.C. § 1226(a) within the time provided by the Magistrate Judge. Nor has respondent filed an objection to the Magistrate Judge's R&R within 14 days of its issuance.

Without reaching the merits of the petitioner's objection, the Court ORDERS the following:

(1) The Court concurs with, accepts, and adopts the findings, conclusions, and recommendations of the Magistrate Judge;

(2) Respondents are ORDERED to immediately release Petitioner **Jhadith Suzette Lopez Solis (A Number: 240-082-336)**, unless respondents have already provided petitioner with an individualized bond hearing pursuant to 8 U.S.C. § 1226(a);

(3) Respondents are ORDERED to file a notice of compliance advising how it complied with this Order within seven days; and

(4) In the event that respondents have not complied with this Order in seven days, the parties are ORDERED to file a joint status report within seven days informing the Court of any remaining issues and the parties' positions as to whether additional briefing is needed on those issues. The status report shall include any proposed briefing schedule, if necessary.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on Petitioner, counsel for Petitioner, and counsel for Respondents.

DATED: November 2, 2026

Christina A. Snyder

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE